AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| CENTRAL | District of | ILLINOIS |

CENTRAL ILLINOIS CARPENTERS HEALTH
& WELFARE TRUST FUND, et. al.

**SUMMONS IN A CIVIL CASE**

V.

TIM BUTLER d/b/a
BUTLER CONSTRUCTION

CASE NUMBER: 06-3044

TO: (Name and address of Defendant)

Tim Butler, Owner- *Personal Service Only*
Butler Construction
13 Brenda Lane
Jacksonville, Illinois 62650

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cavanagh & O'Hara
1609 North Illinois Street
Swansea, Illinois 62226
(618)222-6755

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters

CLERK

s/ G. Utsinger

(By) DEPUTY CLERK

DATE  2-28-06