AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____CENTRAL_____ District of _____ILLINOIS_____

CENTRAL ILLINOIS CARPENTERS HEALTH
& WELFARE TRUST FUND, et. al.

V.

TIM BUTLER d/b/a
BUTLER CONSTRUCTION

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-3044

TO: (Name and address of Defendant)

Tim Butler, Owner- *Personal Service Only*
Butler Construction
13 Brenda Lane
Jacksonville, Illinois 62650

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cavanagh & O'Hara
1609 North Illinois Street
Swansea, Illinois 62226
(618)222-6755

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>MARCH 10, 2006 |
| NAME OF SERVER *(PRINT)*<br>LT. KIM TROYER | TITLE<br>LIEUTENANT |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: __MORGAN COUNTY SHERIFF'S OFFICE__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | 30.00 | 30.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __03-09-06__
Date

Signature of Server

300 W COURT ST
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.