E-FILED
Monday, 03 April, 2006  09:41:47 AM
Clerk, U.S. District Court, ILCD

# *BUTLER CONSTRUCTION*

**INTERIOR FINISH CARPENTRY**
*Staircases* ♦ *Cabinet Installation* ♦ *Custom Trim*

13 Brenda Drive
Jacksonville, IL 62650
Phone (217) 248-8665

**FILED**

MAR 3 1 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

March 28, 2006

United States District Court
600 E Monroe
Springfield, IL 62701

To Whom It May Concern:

The following is in response to Case #06-3044, Central Illinois Carpenters Health and Welfare Trust Fund vs. Butler Construction. Butler Construction has previously employed members of the Central Illinois Carpenters Local #904. Butler Construction is obligated to pay contributions to the health, welfare and pension funds. I agree that contributions for the months of July 2005 through September 2005 were not paid.

Butler Construction has experienced a slow winter season. Therefore, this made our ability to meet our financial obligations difficult.

Angela Butler contacted the offices of Cavanagh & O'Hara, attorneys for the plaintiffs, regarding a payment plan. She spoke with Tami Williams to establish a reasonable monthly payment amount. Originally, the suggested amount was around $500.00 a month. The documents were received with a monthly payment amount for the first three months of $1,248.68 and continued for an additional 6 months for $339.70. The first three month payments were excessive. She was informed this was the only agreement that would be accepted. Therefore, financially we were unable to make the payment schedule allowed by the plaintiffs. Butler Construction will make every effort to pay the contributions owed to Central Illinois Carpenters. A more reasonable payment amount would be beneficial. At this time, with our financial status we would suggest a monthly payment amount not to exceed $200.00. Your consideration in this matter would be greatly appreciated.

Sincerely,

*Tim Butler*

Tim Butler
Butler Construction

Cc: Cavanagh & O'Hara