E-FILED
Thursday, 25 May, 2006  08:14:28 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS – SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT, SAVINGS FUND, CARPENTERS PENSION AND RETIREMENT SAVINGS FUNDS OF ILLINOIS, CARPENTERS FRINGE BENEFIT FUND, and CARPENTERS LOCAL #904, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) NO. 06-3044 ) |
| TIM BUTLER d/b/a BUTLER CONSTRUCTION, | ) ) ) |
| Defendant. | ) |

## ORDER OF DEFAULT

This cause coming on to be heard before the Court upon the Plaintiffs'

Request for Entry of Default (d/e 6), and the Court being fully advised in the

premises finds that the Defendant, TIM BUTLER d/b/a BUTLER CONSTRUCTION,

1

has been served with summons and complaint as shown by the file in this case, and has not answered or otherwise pleaded to the complaint filed herein;

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that default be, and the same is, hereby entered against the Defendant named herein for its failure to appear, answer, or otherwise plead in this cause in the time and manner provided by the Federal Rules of Civil Procedure and the Rules of this Court.

IT IS FURTHER ORDERED that this cause of action is subject to dismissal for failure to prosecute unless within fourteen (14) days of the entry of this Order of Default, the Plaintiffs make application to the District Court for the entry of a Default Judgment against Defendant, TIM BUTLER d/b/a BUTLER CONSTRUCTION.

Entered this 25th day of May, 2006.

                                                      s/Charles H. Evans
                                                  CHARLES H. EVANS
                                      United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS – SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT, SAVINGS FUND, CARPENTERS PENSION AND RETIREMENT SAVINGS FUNDS OF ILLINOIS, CARPENTERS FRINGE BENEFIT FUND, and CARPENTERS LOCAL #904, <br><br> Plaintiffs, <br><br> v. <br><br> TIM BUTLER d/b/a BUTLER CONSTRUCTION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) NO. 06-3044 ) ) ) ) ) ) |

ORDER OF DEFAULT

This cause coming on to be heard before the Court upon the Plaintiffs'

Request for Entry of Default (d/e 6), and the Court being fully advised in the

premises finds that the Defendant, TIM BUTLER d/b/a BUTLER CONSTRUCTION,

1

has been served with summons and complaint as shown by the file in this case, and has not answered or otherwise pleaded to the complaint filed herein;

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that default be, and the same is, hereby entered against the Defendant named herein for its failure to appear, answer, or otherwise plead in this cause in the time and manner provided by the Federal Rules of Civil Procedure and the Rules of this Court.

IT IS FURTHER ORDERED that this cause of action is subject to dismissal for failure to prosecute unless within fourteen (14) days of the entry of this Order of Default, the Plaintiffs make application to the District Court for the entry of a Default Judgment against Defendant, TIM BUTLER d/b/a BUTLER CONSTRUCTION.

Entered this 25th day of May, 2006.

                                             s/Charles H. Evans
                                             CHARLES H. EVANS
                                       United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS – SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT, SAVINGS FUND, CARPENTERS PENSION AND RETIREMENT SAVINGS FUNDS OF ILLINOIS, CARPENTERS FRINGE BENEFIT FUND, and CARPENTERS LOCAL #904, ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) | |
| ) | |
| v.   ) | NO. 06-3044 |
| ) | |
| TIM BUTLER d/b/a BUTLER CONSTRUCTION, ) ) ) | |
| Defendant. ) | |

ORDER OF DEFAULT

This cause coming on to be heard before the Court upon the Plaintiffs'

Request for Entry of Default (d/e 6), and the Court being fully advised in the

premises finds that the Defendant, TIM BUTLER d/b/a BUTLER CONSTRUCTION,

1

has been served with summons and complaint as shown by the file in this case, and has not answered or otherwise pleaded to the complaint filed herein;

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that default be, and the same is, hereby entered against the Defendant named herein for its failure to appear, answer, or otherwise plead in this cause in the time and manner provided by the Federal Rules of Civil Procedure and the Rules of this Court.

IT IS FURTHER ORDERED that this cause of action is subject to dismissal for failure to prosecute unless within fourteen (14) days of the entry of this Order of Default, the Plaintiffs make application to the District Court for the entry of a Default Judgment against Defendant, TIM BUTLER d/b/a BUTLER CONSTRUCTION.

Entered this 25th day of May, 2006.

                                            s/Charles H. Evans
                                            CHARLES H. EVANS
                                      United States Magistrate Judge