E-FILED
Thursday, 25 May, 2006  08:43:25 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT, SAVINGS FUND, CARPENTERS PENSION AND RETIREMENT SAVINGS FUNDS OF ILLINOIS, CARPENTERS FRINGE BENEFIT FUND, and CARPENTERS LOCAL NO. 904, Plaintiffs, vs. TIM BUTLER d/b/a BUTLER CONSTRUCTION, Defendant. | No.06-3044 |

## MOTION FOR DEFAULT JUDGMENT

NOW COME Plaintiffs, CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, *et al*, by and through their attorneys, Cavanagh & O'Hara, and moves this Court for a Default Judgment against the Defendant, TIM BUTLER d/b/a BUTLER CONSTRUCTION, and in support thereof, states:

1. That the Complaint in this matter was filed on February 27, 2006.

2. That on March 9, 2006, Tim Butler, Owner of BUTLER CONSTRUCTION, was duly served by Morgan County Sheriff's Department, with said Summons and Complaint.

3. That the Defendant has failed to file a responsive pleading within the statutory time

frame.

4.      That the Plaintiffs' claim is for delinquent contributions due in the total amount of $6,025.56 for the period of July 2005 through September 2005; a breakdown of which is attached and incorporated herein as **Exhibit A**; and further any unpaid contributions and liquidated damages unpaid at the time Judgment is rendered.

5.      That the Plaintiffs are entitled to its attorney's fees incurred in this matter. Attached hereto and incorporated herein, as **Exhibit B**, is the Amended Affidavit in Support of Attorney's Fees of Britt W. Sowle

WHEREFORE, Plaintiffs pray for judgment against the Defendant, TIM BUTLER d/b/a BUTLER CONSTRUCTION, as follows:

A.      That Judgment be awarded in favor of the Plaintiffs and against the Defendant in the amount of $6,025.56 for outstanding contribution payments for the period from July 2005 through September 2005; and further any unpaid contributions, and liquidated damages unpaid at the time judgment is rendered.

B.      That Defendant be specifically required to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs, the required contributions reports and payments heretofore referred to.

C.      That Defendant be decreed to pay to the Plaintiffs their attorney's fees to date in the amount of $1,613.75, as provided by ERISA, 29 U.S.C. Section 1132(g)(2).

D.      That Defendant be decreed to pay all costs attendant to the cost of these proceedings.

E.      That Plaintiffs be awarded such other and further relief as the court deems just and equitable, all at Defendant's cost.

Respectfully submitted,

CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, *et al.*, Plaintiffs,


By:  s/Britt W. Sowle
     BRITT W. SOWLE
     **CAVANAGH & O'HARA**
     Attorneys for Plaintiffs
     1609 North Illinois Street
     Swansea, Illinois 62226
     Telephone: (618) 222-5945
     Facsimile: (618) 222-6755
     britt@cavanagh-ohara.com

S:\c&o\Files\Carpenters\CARPH&W\Butler Construction\M-DJ.wpd

## BUTLER CONSTRUCTION

CENTRAL ILLINOIS CARPENTERS
HEALTH & WELFARE TRUST FUND

| | |
|---|---|
| July 2005 | $1,195.20 |
| August 2005 | $  984.00 |
| September 2005 | $  369.35 |
| | $2,548.55 |
| Liquidated damages (20%) | $  509.71 |
| | $3,058.26 |
| Attorney Fees (1/2) | $  806.87 |
| | $3,865.13 |

GENEVA CARPENTERS

| | |
|---|---|
| July 2005 | $1,137.60 |
| August 2005 | $  936.15 |
| September 2005 | $  351.55 |
| | $2,425.30 |
| Liquidated Damages (10%) | $  242.53 |
| Previous LD | $   82.23 |
| Interest | $  217.24 |
| | $2,967.30 |
| Attorney Fees (1/2) | $  806.87 |
| | $3,774.17 |


EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL ILLINOIS CARPENTERS )
HEALTH & WELFARE TRUST FUND, )
MID-CENTRAL ILLINOIS REGIONAL )
COUNCIL OF CARPENTERS, MID- )
CENTRAL ILLINOIS REGIONAL )
COUNCIL OF CARPENTERS )
APPRENTICESHIP FUND, CENTRAL )
ILLINOIS CARPENTERS RETIREMENT, )
SAVINGS FUND, CARPENTERS )
PENSION AND RETIREMENT SAVINGS )
FUNDS OF ILLINOIS, CARPENTERS )
FRINGE BENEFIT FUND, and )
CARPENTERS LOCAL NO. 904, )
                                )
        Plaintiffs,              )
                                )
vs.                             )   No. 06-3044
                                )
TIM BUTLER d/b/a BUTLER         )
CONSTRUCTION,                   )
                                )
        Defendant.              )

### AMENDED AFFIDAVIT IN SUPPORT OF ATTORNEY FEES

I, BRITT W. SOWLE, having first been duly sworn on oath, states that the following itemization accurately represents the time and costs expended by me in this cause:

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 11/4/05 | Preparation of demand letter to employer for delinquent contributions owed to the Fund. Transmittal of same via certified and regular mail. | 0.60 |
| 11/10/05 | Preparation of second and final demand letter to employer for delinquent contributions. Transmittal via certified and regular mail. | 0.40 |
| 12/7/05 | Received and reviewed correspondence and reporting forms from delinquent employer and request for payment plan. Left message | |


EXHIBIT B

| | | |
|---|---|---:|
| | for employer regarding same. Preparation of correspondence to Janet Kerns with the Fund Office regarding same. | 1.00 |
| 12/8/05 | Telephone conference with Angela Butler regarding payment plan. Review file. Preparation of draft payment plan. | 0.80 |
| 12/12/05 | Received and reviewed correspondence from Debbie French requesting copies of reporting forms submitted by delinquent employer. Preparation of fax to Debbie French. | 0.50 |
| | Telephone conference with Sean O'Leary regarding Settlement Agreement and Promissory Note. Telephone conference with Angela Butler regarding same. Left message for Sean O'Leary regarding same. | 0.50 |
| 12/13/05 | Preparation of draft Promissory Note and Settlement Agreement for delinquent contributions due and owing. Preparation of email to Janet Kerns regarding asme. | 1.20 |
| 1/10/06 | Preparation of correspondence to Janet Kerns of the Fund Office regarding payment plan requested by Angela Butler. Review file. | 0.20 |
| 1/16/06 | Preparation of redrafted Promissory Note and Settlement Agreement. Preparation of letter to Angela Butler regarding same. | 1.00 |
| 1/23/06 | Telephone conference with Sean O'Leary regarding executed Promissory Note and Settlement Agreement. Review file. Preparation of letter to Angela Butler. Telephone conference with Angela Butler regarding same. Additional telephone conference with Sean O'LEary. | 0.75 |
| 2/17/06 | Review file. Telephone conference with Angela Butler demanding payment in full. | 0.30 |
| 2/21/06 | Review file. Preparation of draft complaint for delinquent contributions. Preparation of draft Affidavit in Support of Attorney Fees. | 1.80 |
| 2/22/06 | Finalize Complaint. Preparation of Certificate of Interest, Summons and Civil Coversheet. Assemble Exhibits. File same with the United States District Court via electronic filing. | 1.00 |
| 2/22/06 | Preparation of correspondence to U.S. District Court enclosing filing fee. | 0.30 |
| 3/14/06 | Received and reviewed Summons from Morgan County Sheriff Department. File same with U.S. District Court via electronic filing. | 0.30 |
| 3/27/06 | Review file. Received call from Fund Office regarding banked hours issue on delinquent employer. Consulted Summary Plan Description and returned call. | 0.25 |
| 3/28/06 | Telephone call with Angela Butler regarding complaint and summons | |

|         |                                                                      |           |
|---------|----------------------------------------------------------------------|-----------|
|         | received. Review file.                                               | 0.10      |
| 4/4/06  | Review file. Preparation of draft Default Judgment pleadings.        | 2.50      |

TOTAL HOURS 12.25 x $90.00 PER HOUR      $1,102.50
TOTAL HOURS 1.25 x $185.00 PER HOUR      $231.25

| 2/22/06 | U.S. District Court - Filing Fee     | $250.00 |
| 2/22/06 | Morgan County Sheriff's Fee          | $ 30.00 |

**TOTAL COSTS AND FEES**      $1,613.75

FURTHER THIS AFFIANT SAYETH NAUGHT.

By:    s/ Britt W. Sowle
BRITT W. SOWLE
**CAVANAGH & O'HARA**
**Attorneys for Plaintiffs**
1609 North Illinois Street
Swansea, Illinois 62226
Telephone: (618) 222-5945
Facsimile: (618) 222-6755
britt@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me this 25th day of May 2006.

OFFICIAL SEAL
TAMARA M. STICE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-26-2006

Notary Public

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT, SAVINGS FUND, CARPENTERS PENSION AND RETIREMENT SAVINGS FUNDS OF ILLINOIS, CARPENTERS FRINGE BENEFIT FUND, and CARPENTERS LOCAL NO. 904, ) ) ) ) ) ) ) ) ) ) ) ) ) |   |
| Plaintiffs, )   |   |
| vs. ) | No.06-3044 |
| TIM BUTLER d/b/a BUTLER CONSTRUCTION, ) ) ) |   |
| Defendant. ) |   |

**NOTICE OF FILING
PURSUANT TO STANDING ORDER
OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

TO:   Tim Butler, Owner
      Butler Construction
      13 Brenda Lane
      Jacksonville, Illinois 62650

NOTICE HEREBY GIVEN to you that Plaintiffs, CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, *et al*, by and through their attorneys, filed a Motion for Default Judgment against you on 25th day of May 2006.

YOU ARE HEREBY NOTIFIED that the Honorable Court may rule on Plaintiffs' Motion without further notice to you seven (7) days after filing.

DATED this 25th day of May 2006.

                              CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, *et al*, Plaintiffs,

                              By:    s/Britt W. Sowle
                                  BRITT W. SOWLE
                                  **CAVANAGH & O'HARA**
                                  Attorneys for Plaintiffs
                                  1609 North Illinois Street
                                  Swansea, Illinois 62226
                                  Telephone: (618) 222-5945
                                  Facsimile: (618) 222-6755
                                  britt@cavanagh-ohara.com

S:\c&o\Files\Carpenters\CARPH&W\Butler Construction\Notice of Filing.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT, SAVINGS FUND, CARPENTERS PENSION AND RETIREMENT SAVINGS FUNDS OF ILLINOIS, CARPENTERS FRINGE BENEFIT FUND, and CARPENTERS LOCAL NO. 904, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | )  No.06-3044 ) |
| TIM BUTLER d/b/a BUTLER CONSTRUCTION, | ) ) ) ) |
| Defendant. | ) |

**ORDER**

This cause coming to be heard on Plaintiffs' Motion for Default Judgment, and the Court having reviewed said Motion and other pleadings, and the Complaint having been duly filed and served upon Defendant, TIM BUTLER d/b/a BUTLER CONSTRUCTION, and that the Defendant has failed to anser or otherwise plead within the statutory time frame, the Plaintiffs are hereby awarded Default Judgment against Defendant, TIM BUTLER d/b/a BUTLER CONSTRUCTION, as follows:

A.    That Judgment be awarded in favor of the Plaintiffs and against Defendant in the amount of $6,025.56 for outstanding contribution payments for the period of July 2005 through

September 2005; and further any unpaid contributions and liquidated damages unpaid at the time judgment is rendered.

   B. Defendant is ordered to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs all required contribution reports and payments.

   C. Defendant is ordered to pay to the Plaintiffs, their attorney's fees in the amount of $1,613.75, as provided by ERISA, 29 U.S.C. Section 1132(g)2).

   D. Defendant is ordered to pay all cost attendant to the cost of these proceedings.


   ENTERED this _____ day of _____, 2006.


                       _____
                       **United States District Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS RETIREMENT, SAVINGS FUND, CARPENTERS PENSION AND RETIREMENT SAVINGS FUNDS OF ILLINOIS, CARPENTERS FRINGE BENEFIT FUND, and CARPENTERS LOCAL NO. 904, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.06-3044 |
| TIM BUTLER d/b/a BUTLER CONSTRUCTION, | ) ) ) ) | |
| Defendant. | ) | |

---

## Certificate of Service

I hereby certify that on May 25, 2006, I electronically filed a Motion for Default Judgment with the Clerk of Court using the CM/ECF system and I hereby certify that on May 25, 2006, I mailed by United States Postal Service, the documents(s) to the following non-registered participants:

    Tim Butler, Owner
    Butler Construction
    13 Brenda Lane
    Jacksonville, Illinois 62650

                Respectfully submitted,
                s/Britt W. Sowle
                Britt W. Sowle
                Cavanagh & O'Hara
                1609 North Illinois Street
                Swansea, Illinois 62226

Phone: (618)222-5945  
Fax: (618)222-6755  
E-mail: britt@cavanagh-ohara.com