IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 06-3044 |
| TIM BUTLER d/b/a BUTLER CONSTRUCTION | ) ) ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This is before the Court on Plaintiffs' Motion for Default Judgment (d/e 8), and the Court having reviewed said Motion and other pleadings, and the Complaint having been duly filed and served upon Defendant, TIM BUTLER d/b/a BUTLER CONSTRUCTION, and the Defendant having failed to answer or otherwise plead within the statutory time frame, the Plaintiffs are hereby awarded a Default Judgment against Defendant, TIM BUTLER d/b/a BUTLER CONSTRUCTION, as follows:

A. Judgment is entered in favor of Plaintiffs and against the

Defendant in the amount of $6,025.56 for outstanding contribution payments for the period of July 2005 through September 2005; and further for any unpaid contributions and liquidated damages unpaid at the time judgment is rendered.

B. Defendant is ordered to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs all required contribution reports and payments.

C. Defendant is ordered to pay to the Plaintiffs its attorney's fees in the amount of $1,613.75, as provided by ERISA, 29 U.S.C. § 1132(g)(2).

D. Defendant is ordered to pay all costs attendant to the cost of these proceedings.

IT IS THEREFORE SO ORDERED.

ENTER: June 19, 2006.

    FOR THE COURT:

                                      s/ Jeanne E. Scott
                                      JEANNE E. SCOTT
                              UNITED STATES DISTRICT JUDGE