# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**CENTRAL ILLINOIS CARPENTERS HEALTH &
WELFARE TRUST FUND, et al.**

      vs.                      Case Number:   **06-3044**

**TIM BUTLER d/b/a BUTLER CONSTRUCTION**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**XX   DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Plaintiffs and against the Defendant in the amount of $6,025.56 for outstanding contribution payments for the period of July 2005 through September 2005; and further for any unpaid contributions and liquidated damages unpaid at the time judgment is rendered.  Defendant is ordered to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs all required contribution reports and payments.  Defendant is ordered to pay to the Plaintiffs its attorney's fees in the amount of $1,613.75, as provided by ERISA, 29 U.S.C. Section 1132(g)(2). Defendant is ordered to pay all costs attendant to the cost of these proceedings.-------------------------

ENTER this  20th day of  June, 2006

s/  John M. Waters
JOHN M. WATERS, CLERK

_____s/  G. Utsinger_____
BY:  DEPUTY CLERK