IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL ILLINOIS CARPENTERS )
HEALTH & WELFARE TRUST FUND, )
MID-CENTRAL ILLINOIS REGIONAL )
COUNCIL OF CARPENTERS, MID- )
CENTRAL ILLINOIS REGIONAL )
COUNCIL OF CARPENTERS )
APPRENTICESHIP FUND, CENTRAL )
ILLINOIS CARPENTERS RETIREMENT, )
SAVINGS FUND, CARPENTERS )
PENSION AND RETIREMENT SAVINGS )
FUNDS OF ILLINOIS, CARPENTERS )
FRINGE BENEFIT FUND, and )
CARPENTERS LOCAL NO. 904, )
  )
            Plaintiffs, )
  )
vs. ) No.06-3044
  )
TIM BUTLER d/b/a BUTLER )
CONSTRUCTION, )
  )
            Defendant. )

## CITATION TO DISCOVER ASSETS

TO:   Tim Butler, Owner
      Butler Construction
      13 Brenda Lane
      Jacksonville, Illinois 62650

**YOU ARE COMMANDED** to appear before the Honorable Magistrate Judge Byron G. Cudmore, at the United States District Court, Central District, 600 East Monroe Street, Springfield, Illinois on **Thursday, October 19, 2006 at 3:00 p.m.** to be examined under oath concerning the property or income of, or indebtedness due the judgment creditor, CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, et. al. Judgment was entered against you on June 20, 2006, ordering you to pay contributions due in the amount of $6,025.56 for the period of July 2005 through September 2005; and further for any unpaid contributions and liquidated damages unpaid at the time judgment is rendered. Further, Defendant is ordered to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs all required contribution reports and payments. Defendant is ordered to pay to the Plaintiffs its attorney's fees in the amount of $1,613.75 and

all costs of these proceedings.

**YOU ARE COMMANDED** to produce all documents requested on the attached **Schedule A,** including, but not limited to, any and all books, papers or records in your possession or control which may contain information concerning the property or income of, or indebtedness of TIM BUTLER D/B/A BUTLER CONSTRUCTION

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he may be entitled or which may be acquired by or become due to him and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to him, until the further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of judgment.

## YOUR FAILURE TO COMPLY WITH THIS CITATION MAY SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.

WITNESS,_____, 2006.

(SEAL)

_____
Clerk of Court

**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
1609 North Illinois Street
Swansea, Illinois 62226
Telephone: (618)222-5945

## SCHEDULE A

1. All books and records of TIM BUTLER D/B/A BUTLER CONSTRUCTION, for the period of January 1, 2005 to current.

2. All payroll records of TIM BUTLER D/B/A BUTLER CONSTRUCTION, for the period of January 1, 2005 to current.

3. Federal and State Income Tax Returns for TIM BUTLER D/B/A BUTLER CONSTRUCTION, for the years 2005 to current.

4. All payroll accounts and any other records indicating the amount of monies earned or owed by TIM BUTLER D/B/A BUTLER CONSTRUCTION, from January 1, 2005 to current.

5. All deeds relating to real estate owned in part or in toto by TIM BUTLER D/B/A BUTLER CONSTRUCTION

6. Checkbooks, checking account records, savings account records, stocks, bonds, etc. relating to any and all assets owned in part or in toto by TIM BUTLER D/B/A BUTLER CONSTRUCTION

7. Titles or other documents pertaining to any motor vehicles and/or boats owned in part or in toto by TIM BUTLER D/B/A BUTLER CONSTRUCTION

S:\c&o\Files\Carpenters\CARPH&W\Butler Construction\CTDA.wpd

SHERIFF'S FEES
- Service and return .................. $ 30.00
- Miles ............................... $ 1.00
- Total ............................... $ ~~31.00~~ $30.00  Paid

_____ JAMES ROBSON, JR. _____

Sheriff of _____ MORGAN _____ County

I certify that I served this summons on defendants as follows:

(a)—(Individual defendants — personal):
(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the defendant with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when the summons was left with the defendant.)

SERVED BUTLER, TIM M-W-43 AT 13 BRENDA LANE ON 09-28-06 AT 1:06 PM

(b)—(Individual defendants — abode):
By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons. (The officer or other person making service, shall (a) identify as to sex, race and approximate age of the person, other than the defendant, with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the summons was left with such person.)

and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Mailing Address | Date of mailing |
|---|---|---|
| | | |
| | | |

(c)—(Corporation defendants):
By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| | | |
| | | |

(d)—(Other service):

_____ JAMES ROBSON, JR. _____, Sheriff of _____ MORGAN _____ County

By: _____
(Deputy)