SHERIFF'S FEES
- Service and return .................... $ 30.00
- Miles .................................. $
- Total .................................. $ 30.00

_____JAMES ROBSON, JR._____
Sheriff of _____MORGAN_____ County

I certify that I served this summons on defendants as follows:

(a)—(Individual defendants — personal):
(The officer or other person making service, shall (a) identify as to sex, race and approximate age of the defendant with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of the day when the summons was left with the defendant.)

SERVED BUTLER, TIM M-W-43 5'8" 165 LBS. AT MORGAN COUNTY SHERIFF'S OFFICE ON 10-31-06 AT 1:09 PM

(b)—(Individual defendants — abode):
By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons. (The officer or other person making service, shall (a) identify as to sex, race and approximate age of the person, other than the defendant, with whom he left the summons, and (b) state the place where (whenever possible in terms of an exact street address) and the date and time of day when the summons was left with such person.)

and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Mailing Address | Date of mailing |
|---|---|---|
| | | |

(c)—(Corporation defendants):
By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation, as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| | | |

(d)—(Other service):

_____JAMES ROBSON, JR._____, Sheriff of _____MORGAN_____ County
By: _____J. Heady_____
(Deputy)