IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH AND WELFARE TRUST FUND, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No.06-3044 ) |
| TIM BUTLER d/b/a BUTLER CONSTRUCTION, | ) ) |
| Defendant. | ) |

**CITATION TO DISCOVER ASSETS**

To:   Farmers State Bank and Trust Co.
      200 W. State Street
      Jacksonville, IL 62650

**YOU ARE COMMANDED** to appear before the Honorable presiding Magistrate Judge Byron Cudmore at the United States District Court, Central District, 151 U.S. Courthouse, 600 E. Monroe Street Springfield, IL 62701, on **January 18, 2007 at 11:00 a.m.** to be examined under oath concerning the property or income of TIM BUTLER d/b/a BUTLER CONSTRUCTION.

On June 20, 2006, Judgment was entered in favor of the Plaintiff for contributions due in the amount of $6,025.56 for the period of July 2005 through September 2005; and further for any unpaid contributions and liquidated damages unpaid at the time judgment is rendered. Further, Defendant was ordered to pay to the Plaintiffs its attorney's fees in the amount of $1,613.75 and all costs of these proceedings.

**YOU ARE COMMANDED** to produce at the examination (bring with you) all books, papers or records in your possession or control which may contain information concerning the property or income of, or indebtedness of TIM BUTLER d/b/a BUTLER CONSTRUCTION.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he may be entitled or which may be acquired by or become due to him and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to him, until the further order of this Court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of judgment.

**FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN JAIL.**

WITNESS:   JOHN M. WATERS, Clerk of the District Court, and the seal thereof, at Springfield, Illinois.

Dated:   December 15    , ~~2007~~ 2006

s/John M. Waters
Clerk of Court

John A. Wolters
**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
407 East Adams
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Facsimile: (217) 544-9894
johnwolters@cavanagh-ohara.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL ILLINOIS CARPENTERS HEALTH  )
AND WELFARE TRUST FUND, *et al.*,   )
                                    )
       Plaintiffs,                )
                                    )
vs.                                 )   No.06-3044
                                    )
TIM BUTLER d/b/a BUTLER CONSTRUCTION, )
                                    )
       Defendant.                 )

**THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS**

_____(Citation Respondent), certifies under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answers to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount held:

A)   Savings Account (Amount withheld) $_____

B)   Checking and/or Now Account (Amount withheld) $ _____

C)   Certificate of Deposit (Amount held)$_____

D)   Money Market Account (Amount held) $_____

E)   Trust Account (Amount held) $ _____

F)   Safety Deposit Box $ _____

G)   No Accounts_____

H)   Adverse Claimant: Name _____ Address_____

      _____

I)   Wages, Salary or Commissions_____

J)   Other Personal Property (Describe)_____

Attach a sheet for any additional information required by the Citation

**Sub-Total** _____

Less right of offset for other loans    _____

Less deduction for fees limited by
205 ILCS 5/48.1                         _____

**Total** _____

According to the business records kept by the Citation Respondent, we show the above information to be correct.

_____
Agent for Citation Respondent

_____
Date

Respondent/Agent:

Agent Name _____
Business Name _____
Address _____
_____
Phone _____
Fax _____

**A COPY OF THIS ANSWER SHOULD BE MAILED TO THE COURT, ATTORNEY FOR PLAINTIFF OR JUDGMENT CREDITOR AND THE DEFENDANT.**

F:\files\CARPH&W\Butler\3rd.Party.CTDA.wpd