IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH AND WELFARE TRUST FUND, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> TIM BUTLER d/b/a BUTLER CONSTRUCTION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No.06-3044 <br> ) <br> ) <br> ) <br> ) |

## THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS
The Farmers State Bank & Trust Company

___Janice M. Henderson_____(Citation Respondent), certifies under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answers to this Citation to Discover Assets and is in possession of the following property of the judgment debtor.

Circle one or more of the following and indicate the amount held:

A)   Savings Account (Amount withheld) $_____

B)   Checking and/or Now Account (Amount withheld) $ __(2.15)_____

C)   Certificate of Deposit (Amount held)$_____

D)   Money Market Account (Amount held) $_____

E)   Trust Account (Amount held) $ _____

F)   Safety Deposit Box $ _____

G)   No Accounts_____

H)   Adverse Claimant: Name _____ Address_____

_____

I)   Wages, Salary or Commissions_____

J)   Other Personal Property (Describe)_____

**FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN JAIL.**

WITNESS: JOHN M. WATERS, Clerk of the District Court, and the seal thereof, at Springfield, Illinois.

Dated: December 15, ~~2007.~~ 2006

/s/ John M. Waters
Clerk of Court

John A. Wolters
**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
407 East Adams
Post Office Box 5043
Springfield, IL  62705
Telephone: (217) 544-1771
Facsimile: (217) 544-9894
johnwolters@cavanagh-ohara.com

Attach a sheet for any additional information required by the Citation

**Sub-Total** (2.15)

Less right of offset for other loans

Less deduction for fees limited by
205 ILCS 5/48.1

**Total** (2.15)

According to the business records kept by the Citation Respondent, we show the above information to be correct.

*Janice M Henderson*
Agent for Citation Respondent

12/19/06
Date

Respondent/Agent:

Agent Name            Janice M. Henderson
Business Name    The Farmers State Bank & Trust Company
Address                 P.O. Box 1330
                             Jacksonville, Il. 62615-1330
Phone                   217-479-4013
Fax                        217-479-4193

**A COPY OF THIS ANSWER SHOULD BE MAILED TO THE COURT, ATTORNEY FOR PLAINTIFF OR JUDGMENT CREDITOR AND THE DEFENDANT.**

F:\files\CARPH&W\Butler\3rd.Party.CTDA.wpd